**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| Central Laborers' Pension Fund, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 23 CV 50252 |
| v. ) | |
| ) | Hon. Iain D. Johnston |
| ) | |
| Porter Brothers Construction, Inc., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is a report and recommendation from Judge Schneider [47] that the plaintiff's motion for a default judgment [41] be granted and judgment be entered against defendants Matthew Porter and Porter Brothers Construction, Inc. in the amount of $77,924.49. Judge Scheider gave the defendants to 1/31/2025 to object, but neither did. According to the docket, both defendants were served with the Third Amended Complaint in August 2024, see Dkts. 33, 34, but never answered. The clerk then entered an order of default on 9/23/2024, *see* Dkt. 37. According to the plaintiff's motion for default judgment and supporting affidavits, under the terms of the parties' collective bargaining agreements the defendants owe delinquent contributions, work dues, audit costs, and liquidated lay payment assessments totaling $69,554.99. In addition, under the terms of the parties' collective bargaining agreements the plaintiffs are also entitled to recover attorneys' fees and costs spent to recover amounts owed. According to counsel's affidavit, counsel spent 22.3 hours at the hourly rate of $325 for a total of $7,247.50 in fees, plus $1,122.00 incurred in costs. The Court has reviewed the billing records and finds that the time spent, the hourly rates, and the costs were all reasonably incurred. Accordingly, and in the absence of any objection, the Court accepts Judge Schneider's report and recommendation [47], grants the plaintiff's motion for a default judgment [41], and enters judgment against the defendants in the total amount of $77,924.49. Civil case terminated.

Date: February 12, 2025

Iain D. Johnston
United States District Judge